THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| X2Y ATTENUATORS, LLC, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| INTEL CORPORATION, APPLE INC., and HEWLETT-PACKARD COMPANY, | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for X2Y Attenuators, LLC, Plaintiff in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully Submitted,

Date: September 22, 2011

/s Michael J. Chapman

Michael J. Chapman
VA 78355
Alston & Bird
950 F Street, NW
Washington, DC 20004
Phone: (202) 239-3644
Facsimile: (202) 654-4994
michael.chapman@alston.com

Attorney for Plaintiff,
X2Y Attenuators, LLC