## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

X2Y ATTENUATORS, LLC,                    )
                                         )
    Plaintiff,                       )
                                         )
    v.                               )    C.A. No. 11-218-SJM
                                         )
INTEL CORPORATION, APPLE INC., and       )    ~~Sean J. McLaughlin, District Judge~~
HEWLETT-PACKARD COMPANY,                 )
                                         )
    Defendants.                      )

## ORDER OF COURT

AND NOW this 26th day of October 2011, it is hereby ORDERED that this Action is

stayed pursuant to 28 U.S.C. §1659(a), *until further ORDER of Court.*

Nora Barry Fischer
~~Sean J. McLaughlin, District Judge~~
*NORA BARRY FISCHER, DISTRICT JUDGE*